In the Matter of the Claim of MARTHA O'ESAU, Respondent, against E. W. BLISS COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*O'Esau* v. *Bliss Co.*, 186 App. Div. 556, affirmed.

(Argued October 2, 1919; decided October 21, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial

department, entered March 20, 1919, unanimously affirming an award of the state industrial commission made under the Workmen's Compensation Law. John M. O'Esau, the deceased herein, was employed by the E. W. Bliss Company as a shell inspector, and on the 28th day of March, 1916, was rolling shells along a bench and caught his finger between two shells, causing a contusion of the third finger of the right hand. He continued working from the date of his injury until the 30th day of April, 1917, upon which date he was compelled to stop work, owing to the condition of his finger. He did not file a claim for compensation until June 6, 1917, which was more than one year from the date of his injury. On the 21st day of March, 1918, he died as a result of his injury, and on the following day his widow filed a claim for compensation with the state industrial commission; and after a hearing an award was duly made to her for death benefits under the Compensation Law. Appellants contended that the widow was estopped from filing a claim for compensation by reason of the failure of her husband to file his claim within one year after the accident.

*William H. Foster* and *James B. Henney* for appellants.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CARDOZO and POUND, JJ. Dissenting: MCLAUGHLIN and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.